JAMES NEGRO, Appellant, *v.* BOSTON AND MAINE RAILROAD, Respondent.

Argued October 5, 1944; decided November 16, 1944.

*John J. O'Malley* for appellant.
*Charles E. Nichols* for respondent.

Judgment affirmed, with costs on the ground that there was no proof of any negligence causing the injury. No opinion.

Concur: LEHMAN, Ch. J., RIPPEY, LEWIS, DESMOND and THACHER, JJ. Dissenting: LOUGHRAN and CONWAY, JJ.